UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 25-cv-06327-VC<br><br>**ORDER DENYING EX PARTE MOTION FOR TRO OR PRELIMINARY INJUNCTION; DISMISSAL ORDER**<br><br>Re: Dkt. Nos. 1, 6 |

The ex parte application for a temporary restraining order or preliminary injunction is denied for two reasons. First, there is no justification for the plaintiff's failure to serve the defendant. *See* Order Denying Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction, *Trinidad v. OpenAI Inc.*, No. 25-cv-06328-JST (N.D. Cal. July 31, 2025). Second, it is apparent from the motion, and from the face of the complaint, that the lawsuit is frivolous. For this reason, the lawsuit is dismissed for lack of jurisdiction. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998). Dismissal is without leave to amend.

    **IT IS SO ORDERED.**

Dated: August 5, 2025

_____
VINCE CHHABRIA
United States District Judge