**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC, PBC,<br><br>Defendant. | Case No. 3:25-cv-06327-VC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO SUBSTITUTE CORRECTED RULE 60(b)(2) MOTION AND RESET BRIEFING SCHEDULE**<br><br>Judge: Hon. Vince Chhabria |

**TO THE COURT, DEFENDANT, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Rebecca Trinidad, proceeding pro se, respectfully moves pursuant to Civil Local Rule 7-11 for leave to substitute the corrected motion attached as Exhibit 1 in place of the version filed at Docket No. 30, and to reset the briefing schedule accordingly. This motion also serves as notice of the inadvertent filing error described below. This motion is supported by the accompanying Declaration of Rebecca Trinidad and the attached Corrected Motion.

**1.  The Filing Error.**

On June 15, 2026, Plaintiff completed and saved the final version of her Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(2). Plaintiff maintained multiple previously revised versions of the motion in different folders. Due to an inadvertent file-management error, Plaintiff saved the completed final version in a different folder from the one used for filing and mistakenly selected and uploaded an earlier revised version. The Corrected

Motion attached as Exhibit 1 was created and completed on June 15, 2026, before the filing of Docket No. 30. Plaintiff did not discover that the wrong file had been uploaded until after Defendant filed its Response at Docket No. 32.

**2. The Corrected Motion.**

The version Plaintiff intended to file is attached hereto as Exhibit 1 (the "Corrected Motion"). The Corrected Motion seeks the same relief under the same Rule, in the same case, and asserts no new claims. It differs from the inadvertently filed version principally in the evidentiary support it relies upon: rather than the podcast transcript referenced in the inadvertently filed version, the Corrected Motion relies on contemporaneous July 2025 media reporting, Defendant's own subscriber communications as documented in the Kahn class-action complaint, and Defendant's published system card.

**3. Plaintiff Seeks No Tactical Advantage.**

Plaintiff brings this request promptly and in candor to the Court. The Corrected Motion was completed before Docket No. 30 was filed and was not created or revised in response to Defendant's opposition. Plaintiff seeks only to correct the inadvertent upload of the wrong preexisting version. Because Defendant has already responded to the version filed at Docket No. 30, Plaintiff respectfully requests that Defendant be afforded a full and fair opportunity to respond to the Corrected Motion on whatever schedule the Court deems appropriate.

**4. Timeliness.**

The Court's order of dismissal was entered on August 5, 2025. Both the motion filed at Docket No. 30 and the Corrected Motion attached as Exhibit 1 were completed and submitted within the one-year period prescribed by Federal Rule of Civil Procedure 60(c)(1). The Corrected Motion invokes the same Rule 60(b)(2) ground and seeks the same relief as the timely filed motion.

Plaintiff respectfully submits that permitting substitution of the version completed on June 15, 2026 would correct the inadvertent filing error without asserting a new or untimely basis for relief.

**5.  Requested Briefing Schedule.**

Because the Corrected Motion should be the motion on which briefing proceeds, Plaintiff respectfully requests that the Court reset the briefing schedule accordingly. Specifically, Plaintiff requests that any reply deadline run from the date Defendant files its response to the Corrected Motion, rather than from Defendant's Response (Dkt. 32) to the inadvertently filed version. Plaintiff has not yet filed a reply and will defer doing so until Defendant has had the opportunity to respond to the Corrected Motion, so that the parties' briefing is directed to the same operative motion.

**6.  Meet and Confer / Defendant's Position.**

Pursuant to Civil Local Rule 7-11, Plaintiff contacted Defendant's counsel and requested that the parties stipulate to the relief sought herein. Defendant's counsel stated that Defendant takes no position on the requested relief and did not join in a stipulation. The requested relief is therefore unopposed. The details of the parties' communications are set forth in the accompanying Declaration of Rebecca Trinidad.

**7.  Service.**

A copy of this motion, the supporting declaration, and the Corrected Motion is being served on Defendant's counsel of record concurrently with this filing.

Dated: July 1, 2026

Respectfully submitted,

_____

REBECCA TRINIDAD
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| REBECCA TRINIDAD,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC, PBC,<br><br>Defendant. | Case No. 3:25-cv-06327-VC<br><br>**DECLARATION OF REBECCA TRINIDAD IN SUPPORT OF ADMINISTRATIVE MOTION TO SUBSTITUTE CORRECTED RULE 60(b)(2) MOTION**<br><br>Judge: Hon. Vince Chhabria |

**I, Rebecca Trinidad, declare as follows:**

1.  I am the Plaintiff, proceeding pro se, in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2.  On June 15, 2026, I completed and saved the final version of my Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(2). The file properties of that document reflect a creation date and a last-saved date of June 15, 2026.

3.  I maintained more than one revised version of the motion, saved in different folders on my computer. Due to a file-management error, I saved the completed final version in a different folder from the one I used when filing, and I inadvertently selected and uploaded an earlier revised version, which was filed as Docket No. 30.

4.  The Corrected Motion attached as Exhibit 1 is that completed final version. It was created and completed on June 15, 2026, before Docket No. 30 was filed, and it has not been created, revised, or supplemented in response to Defendant's Response at Docket No. 32.

5.   I did not discover that I had uploaded the wrong file until after Defendant filed its Response at Docket No. 32 on June 29, 2026.

6.   On June 29, 2026, I contacted Defendant's counsel of record, Grace Yang, to request that the parties stipulate to substitution of the Corrected Motion and to a reset briefing schedule. On 7/1/26, counsel responded that Defendant takes no position on the requested relief and would not join in a stipulation. Because a stipulation could not be obtained but the relief is unopposed, I bring it by administrative motion under Civil Local Rule 7-11.

7.   I bring this motion promptly upon discovering the error, and within the one-year period prescribed by Federal Rule of Civil Procedure 60(c)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2026, at Tallahassee, Florida.

REBECCA TRINIDAD
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

REBECCA TRINIDAD,

    Plaintiff,

  v.

ANTHROPIC, PBC,

    Defendant.

Case No. 3:25-cv-06327-VC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SUBSTITUTE CORRECTED RULE 60(b)(2) MOTION**

Judge: Hon. Vince Chhabria

Having considered Plaintiff's Administrative Motion for Leave to Substitute Corrected Rule 60(b)(2) Motion and Reset Briefing Schedule, the supporting declaration, and the attached Corrected Motion, and good cause appearing, the Court ORDERS as follows:

1.  Plaintiff's motion is GRANTED. The Corrected Motion attached as Exhibit 1 is deemed the operative motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(2), in place of the version filed at Docket No. 30.

2.  Docket No. 30 shall remain on the docket but is no longer the operative motion.

3.  Defendant may file a response to the Corrected Motion on or before _____, 2026. Plaintiff may file any reply on or before _____, 2026.

IT IS SO ORDERED.

Dated: _____, 2026

Hon. Vince Chhabria
United States District Judge